UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON M. HART, <br><br>                          Plaintiff, <br><br>     v. <br><br> ROBIN SMITH, et al., <br><br>                          Defendants. | CASE NO. 2:24-cv-00661-RSM-BAT <br><br> **ORDER DISMISSING WITH PREJUDICE** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections or responses, and the record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation. The case is dismissed with prejudice and shall count as a STRIKE under 28 U.S.C. § 1915(e)(2); 28 U.S.C. § 1915A(a) and (b).

(2)   The Clerk shall provide Plaintiff a copy of this Order.

DATED this 27th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITH PREJUDICE - 1